2

DAVID P. CUSICK, #160467, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
TALVINDER S. BAMBHRA, #230907, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>Michelle R. Frazier<br><br><br><br><br><br>Debtor(s) | Case No:12-29412-E-13C<br>DCN: DPC-7<br><br>TRUSTEE'S MOTION TO DISMISS<br>CASE<br><br>DATE:          9/9/2015<br>TIME:          10:00 A.M.<br>JUDGE:        RONALD H. SARGIS<br>COURTROOM:  33, 6TH FLOOR |

DAVID P. CUSICK, STANDING CHAPTER 13 TRUSTEE, hereby moves the Court for an order

dismissing this case pursuant to 11 U.S.C. §1307(c) as:

The debtor is in material default with respect to the term of a confirmed plan, 11 U.S.C. §1307(c)

(6).

To date the debtor has paid a total of $108,000.00, with the last payment received on July 28, 2015.

The Trustee shows a total of  $111,057.00 is due, so **the debtor is delinquent $3,057.00 in plan**

**payments.**  Debtor's monthly payment is $3,057.00.

Prior to the hearing in this matter, another payment of $3,057.00 will come due.  As a result debtor

will need to pay $6,114.00, in order to bring this plan current by the date of the hearing.  The debtor

must be current under all payments called for by any pending Plan, Amended Plan or Modified Plan as

of the date of the hearing on this motion or the case may be dismissed.

The Trustee has received the following payments in the above referenced case:

| Amount | Date | Source | Amount | Date | Source |
|---|---|---|---|---|---|
| $ 1,000.00 | Jun 28, 2012 | MO #89945 | $ 11.00 | Jun 28, 2012 | MO #89978 |
| $ 1,000.00 | Jun 28, 2012 | MO #89956 | $ 1,000.00 | Jun 28, 2012 | MO #89967 |
| $ 500.00 | Jul 30, 2012 | MO #39089 | $ 500.00 | Jul 30, 2012 | MO #39088 |
| $ 500.00 | Jul 30, 2012 | MO #28148 | $ 500.00 | Jul 30, 2012 | MO #28149 |
| $ 500.00 | Jul 30, 2012 | MO #28150 | $ 300.00 | Jul 30, 2012 | MO #28151 |
| $ 211.00 | Jul 30, 2012 | MO #39090 | $ 3,011.00 | Aug 30, 2012 | CC #77248 |
| $ 11.00 | Sep 27, 2012 | MO #77856 | $ 1,000.00 | Sep 27, 2012 | MO #77845 |
| $ 1,000.00 | Sep 27, 2012 | MO #77834 | $ 1,000.00 | Sep 27, 2012 | MO #77823 |
| $ 3,011.00 | Oct 31, 2012 | MO #87122 | $ 3,011.00 | Nov 30, 2012 | CC #91973 |
| $ 3,011.00 | Jan 03, 2013 | CC #97810 | $ 3,011.00 | Jan 31, 2013 | CC #02724 |
| $ 3,011.00 | Mar 01, 2013 | CC #07705 | $ 3,011.00 | Apr 03, 2013 | CC #13972 |
| $ 4,522.00 | Jun 18, 2013 | CC #26962 | $ 3,057.00 | Jul 31, 2013 | CC #33842 |
| $ 3,057.00 | Aug 30, 2013 | CC #38962 | $ 6,114.00 | Oct 31, 2013 | CC #48854 |
| $ 414.00 | Jan 13, 2014 | MO #65921 | $ 5,700.00 | Jan 13, 2014 | CC #59813 |
| $ 6,114.00 | Mar 11, 2014 | CC #71028 | $ 229.00 | May 09, 2014 | MO #51444 |
| $ 5,885.00 | May 09, 2014 | CC #81798 | $ 3,057.00 | Jun 13, 2014 | CC #87058 |
| $ 3,057.11 | Jul 31, 2014 | CC #95000 | $ 3,057.00 | Sep 02, 2014 | CC #00209 |
| $ 3,057.00 | Oct 01, 2014 | CC #05250 | $ 3,057.00 | Oct 30, 2014 | CC #09949 |
| $ 3,057.00 | Dec 02, 2014 | CC #15256 | $ 3,057.00 | Jan 06, 2015 | CC #20418 |
| $ 3,057.00 | Jan 30, 2015 | CC #24934 | $ 3,057.00 | Mar 09, 2015 | CC #30198 |
| $ 3,057.00 | Apr 07, 2015 | # | $ 113.89 | Apr 28, 2015 | MO #94651 |
| $ 6,000.00 | Apr 28, 2015 | CC #11736 | $ 307.00 | Jun 23, 2015 | # |
| $ 2,750.00 | Jun 23, 2015 | CC #50304 | $ 3,057.00 | Jul 28, 2015 | CC #57221 |

WHEREFORE, the Trustee asks that the Court grant an order dismissing this proceeding.

Dated: August 10, 2015

Talvinder S. Bambhra, Attorney for Trustee